Barbara Eileen Gantt / 114.192.(1896)
Name and Prisoner/Booking Number

Cochise County Jail / cb 13 / 23-24 ha. lock up
Place of Confinement

203 N Judd Drive
Mailing Address

Bisbee AZ 85603
City, State, Zip Code

FILED ___ LODGED
___ RECEIVED ___ COPY

OCT - 3 2023

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

(Failure to notify the Court of your change of address may result in dismissal of this action.)

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Barbara Eileen Gantt,
(Full Name of Plaintiff)

Plaintiff,

v.

(1) Terisha Dawn Driggs,
(Full Name of Defendant) Legal Defenders, Dir

(2) Sara L. Dent
Dir Charles Kendall

(3) Public Defenders Rodrigo Andrade

(4) Judge Jason A. Lindstrom,

Defendant(s).

☑ Check if there are additional Defendants and attach page 1-A listing them.

2nd Complaint to follow this 1st Complaint

CASE NO. CV-23-454-TUC-RCC(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971).
   ☐ Other: _____.

2. Institution/city where violation occurred: JP5 Sierra Vista AZ Judge Kelliher
   Div 5 Superior Court Judge Lindstrom
   Cochise County Jail

Revised 12/1/20      1       550/555

## B. DEFENDANTS

1. Name of first Defendant: **Tenisha Dawn Driggs**. The first Defendant is employed as: **Prosec. Atty** (Position and Title) at **Cochise County** (Institution).

2. Name of second Defendant: **Sara L Dent**. The second Defendant is employed as: **Legal Defenders Dir° Indig. Atty** (Position and Title) at **Cochise County** (Institution).

3. Name of third Defendant: **Charles Kendall Director / Rodrigo Andrade Atty**. The third Defendant is employed as: **Public Defenders indig atty** (Position and Title) at **Cochise County** (Institution).

4. Name of fourth Defendant: **Judge Jason A. Lindstrom**. The fourth Defendant is employed as: **Div 5 Superior Court Judge** (Position and Title) at **Cochise County** (Institution).

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?   ☐ Yes   ☑ No

2. If yes, how many lawsuits have you filed? _____. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   b. Second prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

   c. Third prior lawsuit:
      1. Parties: _____ v. _____
      2. Court and case number: _____.
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) _____

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: _____
_____.

2. **Count I.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☑ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____.

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what each Defendant did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

Both defendants Prosecutor Driggs and Sarah L Dent met with Gantt at her request in order to stop FTA's with no notice to Gantt; mtng was 12-22-22. Gantt also requested Deputy Tom Fair to be present. The FTA's metastasizing never occurred, because Deputy Fair opened the mtng with the statement: "Gantt has a valid case against Cochise" as liable for the trespass. Instantly Driggs & Dent stated Gantt is going to prison and we are issuing a rule 11. Later Gantt immediately fired Sara Dent as indig atty. At the Div 5 withdrawal w/ Lindstrom 2-10-23: Dent withdrew at the exact same time as she issued the rule 11. All parties are full aware that Gantt is a candidate for 2 Ph.d's with >50 years of advanced university studies. Dent also knew the 20 years of medical records were available to prove no history of mental history or symptoms for 68 years. Driggs also knew. Also Judge Lindstrom was informed of Gantt's medical records. Gantt stated on 2-10-23: the rule 11 is vindictive retaliation and has no relevancy to the criminalized civil gate-road dispute.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s).
Gantt was not informed of the rule 11 D appt the 1st or 2nd time. Gantt has been entrapped in jail since 7-10-23. Gantt's truck is abandoned at risk of forfeiture w/ All id's; cell; visa; wallet; Ph. & work inside the vehicle. Leaving Gantt incapacitated, immobilized, and stranded.

5. **Administrative Remedies:** Costing $1,000's of dollars in losses.
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? in rules manual but refused access.   ☑ Yes   ☐ No
   b. Did you submit a request for administrative relief on Count I?   ☑ Yes   ☐ No
   c. Did you appeal your request for relief on Count I to the highest level?   ☑ Yes   ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. thru jail forms: inmate req forms; medical forms; level 1 and level 2 grievance forms;

3

## COUNT II

1. State the constitutional or other federal civil right that was violated: Judge Jason A. Lindstrom refuses All & every attempt of defense in his courtroom & actions.

2. Count II. Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☑ Other: All defense absent & denied & refused in J.A. Lindstrom court

3. **Supporting Facts.** Judge Jason A. Lindstrom refuses All & every defense-or-motions-or-requests. Lindstrom mutes Gantt in every hearing. Lindstrom refuses All pro se motions by Gantt and by indig. or private attys. Lindstrom refuses to quash FTA's - FTC's. Lindstrom refuses to allow Gantt to change attys when indig defense is ineffective. Lindstrom refuses a change in judge for Gantt. Lindstrom refuses to correct the 1st rule 11 Dr's more than 30 errors; such as title and he spoke mostly Spanish. Lindstrom has entrapped Gantt in a fraudulent rule 11 competency restoration since 7-10-23. Lindstrom issues numerous continuances when no rule 11 competency program is being utilized nor activated since 7-10-23. Lindstrom bases the repeated continuances on a rule 11 report that has >30 errors. The Lindstrom judge also refused Gantt to be pro se. Lindstrom set 25K bail on the 2nd FTA based on the accusation that Gantt "refuses to cooperate" with the rule 11. And based on Gantt has a "history" of now 2 FTA's on top of her original CR2022 391 gate Aggrav hallway indictment based on "FEELINGS" of trespass road block gate too difficult to open. Lindstrom stated phone revoked at jail due to leaving msgs for indig. attys all over Cochise County and IDC Maria coordinator 520-432-9800 for Cochise Counsel

4. **Injury.** Entrapped in Jail in 23-24 hr lock up. All phone access to an atty is revoked w/ no documentation or warning. No pen; No paper; No Law Library, No inter-office mail; No Comms; No Triersal crisis support; No replies from Public Def Dir Kendall nor atty Rodrigo Andrade.

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☐ Yes ☑ No
   b. Did you submit a request for administrative relief on Count II? ☑ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☑ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. thru indig defense; thru inmate request forms; thru medical req forms; thru Level 1 AND Level 2 grievance forms All at Jail.

4

**COUNT III**

1. State the constitutional or other federal civil right that was violated: Prosecutor Driggs interfered w/ Civil Quiet Title proceedings to remove trespass gate roadblock on Tylers Trek RE: 11,000 Tylers Trek SVista 85635

2. **Count III.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☒ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** Prosecutor Driggs poisoned Gantt's civil atty and Quiet Title civil proceedings to remove a trespass gate to Gantt's home & land. Driggs criminalized a civil case thru a fake 100' injunction and then issued citations thru deputies accusing Gantt of having a worthless gate roadblock. Driggs called Adult Protective Services to file claims that the road blockages (29) were Gantt's self negligence. Driggs interfered w/ County Code; County R.O.W.; County surveyors; County construction compliances; and County valid USPS Mail to 11,000 Tylers Trek SVista 85635; Gantt's final retirement home. Gantt's life services were blocked for 5 years. Driggs offered a Not Guilty All charges dismissed Final Settlement Agreement to try and re-install the gate back into a public subdiv. now road; after Gantt removed the gate and all 29 trespasses w/ the previous County Surveyor David Sutherland; the bulldozer; the re-escrow of the deed and the re-title insurance policy which took 500 No's from every local title co. who refused to indemnify Cochise County Fraud as too much liability. FNT % Barbi Stewart NP Tucson, AZ. (1-26-23)

4. **Injury.** Traumatic Stress ailment of bodily panic attacks every 15' causing drenching cold sweats; the heart medicine RX Minipress with Coreg. which Jail refuses to supply since 7-10-23

5. **Administrative Remedies.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes  ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes  ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes  ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. Numerous Jail inmate forms; Level 1 & Level 2 grievances; and medical forms.

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

### E. REQUEST FOR RELIEF

State the relief you are seeking: Gantt has been arrested 3 times on the same citN: CR 2022 391. Gantt needs information on why 4 misdemeanors? records are gone or obeisant to rule 11. Gantt needs those 4 misdemeanors records & an indig atty assigned: Kristian Kamianov 520-887-7816. Gantt needs to be compensated for new private atty fees from Knowles Law % Victor: 602-702-5431. Gantt needs to be paid for wrongful days in jail Now TL 120 days in 23-24 has lock up. Gantt needs to be Compensated for Abandoned Truck w/ Ph.d office Now ~ @ $3500 or a total forfeiture of $33K.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 9-29-23
DATE

_BHT_
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or
other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

### ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.

6